1
2
3
4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7    HAKAM MISSON,                              Case No. 16-cv-01408-KAW

8                    Plaintiff,
                                                **SECOND ORDER TO SHOW CAUSE**
9              v.

10   CAL-X TRANS, INC.,

11                   Defendant.

12

13          On March 22, 2016, Plaintiff Hakam Misson brought the instant case against Defendant

14   Cal-X Trans, Inc., alleging breach of contract. (Dkt. No. 1.) After Defendant failed to appear,

15   Plaintiff sought entry of default. (Dkt. No. 12.) On June 10, 2016, the Clerk of the Court entered

16   default as to Defendant. (Dkt. No. 13.)

17          On June 14, 2017, the Court ordered Plaintiff to file a status report by June 23, 2017,

18   explaining whether Plaintiff intended to prosecute the case. (Dkt. No. 18.) On June 25, 2017,

19   Plaintiff filed an untimely response, stating that Plaintiff did intend to pursue his claims. (Dkt.

20   No. 19.)

21          On August 23, 2017, the Court ordered Plaintiff to file a case management conference

22   statement, which had been due on August 22, 2017. (Dkt. No. 20.) On August 24, 2017, Plaintiff

23   filed his case management conference statement, requesting that the Court postpone the case

24   management conference for 60 days so that Plaintiff could obtain a default judgment and file an

25   amended complaint. (Dkt. No. 21 at 4.) On August 29, 2017, the Court held the case

26   management conference, setting a September 19, 2017 deadline for Plaintiff to file an amended

27   complaint. (Dkt. No. 22.)

28          Plaintiff did not file an amended complaint, nor did Plaintiff file a motion for default

1    judgment.  Instead, on October 27, 2017, Plaintiff's counsel filed a declaration "re Request for

2    Entry of Default as to Cal-X Trans, Inc. Only." (Dkt. No. 24.)  Plaintiff stated that he did not

3    intend to amend a complaint and appeared to request that default be entered as to Defendant Cal-X

4    Trans, Inc., despite default having already been entered on June 10, 2016. (*Id. ¶* 3.)  Plaintiff also

5    requested that the Court vacate the November 28, 2017 case management conference. (*Id.* ¶ 4.)

6           On November 7, 2017, the Court issued an order to show cause, ordering Plaintiff to, by

7    November 17, 2017, show cause why the case should not be dismissed for failure to prosecute.

8    (Dkt. No. 25.)  The Court noted that "[d]efault was entered on June 10, 2016, yet Plaintiff has not

9    moved for default judgment in the nearly seventeen months since . . . ." (*Id.*)

10          As of the date of this order, Plaintiff has failed to file a response to the order to show

11   cause.  Accordingly, the Court ORDERS Plaintiff to show cause, by **December 7, 2017**: (1) why

12   Plaintiff failed to comply with the November 7, 2017 order to show cause, and (2) why the case

13   should not be dismissed for failure to prosecute.  Again, if Plaintiff intends to prosecute this case,

14   Plaintiff must state when he will be moving for default judgment.  Failure to comply with this

15   order to show cause will result in the Court recommending that the case be dismissed for failure to

16   prosecute.

17          IT IS SO ORDERED.

18   Dated: November 22, 2017

19                                                    _____
                                                      KANDIS A. WESTMORE
20                                                    United States Magistrate Judge

21

22

23

24

25

26

27

28