UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAKAM MISSON,<br>        Plaintiff,<br>   v.<br>CAL-X TRANS, INC.,<br>        Defendant. | Case No. 16-cv-01408-VC<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 27 |

The Court has reviewed Judge Kandis Westmore's Report and Recommendation to Dismiss for Failure to Prosecute and notes there are no objections to the Report. The Court adopts the Report in every respect. Accordingly, the case is dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: January 10, 2018

_____
VINCE CHHABRIA
United States District Judge